No. 513. OUTBOARD, MARINE & MANUFACTURING Co. *v.* MUNCIE GEAR WORKS, INC. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George L. Wilkinson, S. L. Wheeler,* and *Isadore Levin* for petitioner. *Mr. Chas. W. Rummler* for respondents. ■

No. 514. COMMERCE TITLE GUARANTY Co. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Walter P. Armstrong* and *J. E. McCadden* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Miss Helen R. Carloss* and *Michael H. Cardozo, IV,* for the United States.

No. 515. SHERMAN, TRUSTEE, *v.* BUCKLEY ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sydney C. Perell* for petitioner. *Messrs. Russell C. Gay* and *Loring M. Black* for respondents. ■

No. 516. WHITELEY *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederick H. Spotts* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Arnold Raum, L. W. Post,* and *Miss Helen R. Carloss* for respondent. ■